Martin A. Sabelli (SBN 164772)
Law Offices of Martin A. Sabelli
740 Noe Street
San Francisco, CA 94114
Tel: (415) 298-8435
Fax: (415) 520-5810
Email: msabelli@sabellilaw.com

Attorney for Defendant
JAIRO HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO ALVAREZ, et al.,<br><br>Defendant. | CASE NO. 3:14-CR-00120-EMC<br><br>[~~PROPOSED~~] ORDER |

The parties have submitted a Stipulation regarding the schedule set forth in the Third Amended Pretrial Order [Dckt. 593] for defendants' motion to exclude testimony by any gang expert. Upon consideration of all papers submitted to the Court and for good cause shown,

IT IS HEREBY ORDERED THAT:

Upon stipulation of the parties, the schedule for filing and serving defendants' motion to exclude gang-expert testimony, now due on May 18, 2016, will be continued to May 20, 2016. The Government's Opposition to the motion will be due on June 3, 2016. Defendants' Reply will remain due on June 8, 2016. Hearing on the motion will be on July 1, 2016 at 9:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 17, 2016                                            _____
                                                              THE HONORABLE EDWARD M. CHEN
                                                              United States District Judge

[~~PROPOSED~~] ORDER
CASE No. 14-CR-00120-EMC