RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JUAN CARLOS GARCIA-GOMEZ

MARTIN SABELLI
Attorney at Law (CSBN 164772)
740 Noe Street
San Francisco, CA 94114-2923
Telephone: (415)-296-8435
msabelli@sabellilaw.com

Attorney for Defendant
JAIRO HERNANDEZ

ERIN CRANE
Attorney at Law (CSBN 145661)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 412-8728
erincrane@sbcglobal.net

Attorney for Defendant
ROGELIO REAL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

*United States vs. Alvarez, CR. 14-120-EMC*
Stipulation to Continue Sentencing; Proposed Order

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | **CASE NO. 14-120-EMC** |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | | **AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING** |
| 5 | JUAN CARLOS GARCIA-GOMEZ, JAIRO HERNANDEZ and ROGELIO REAL | |
| 6 | | |
| 7 | Defendants | |
| 8 | _____ / | |

Defendants Juan Carlos Garcia-Gomez, by and through his counsel of record Randy Sue Pollock, Jairo Hernandez, by and through his counsel Martin Sabelli, Rogelio Real, by and through his counsel Erin Crane and Assistant United States Attorney Andrew Scoble hereby request that sentencing that is presently set for September 27, 2017 at 9 a.m. be continued.

Defense counsel for Mr. Garcia Gomez just received approximately six inches of medical records regarding his kidney ailment which must be reviewed and incorporated into the presentence report. Also, Mr. Garcia Gomez is scheduled to see a kidney specialist at Highland Hospital in either October or November. A continuance is necessary to make sure that the presentence report includes the relevant information of Mr. Garcia Gomez's medical condition and future medical needs. Also, the results of his upcoming medical appointment at Highland need to be part of the presentence report since the Bureau of Prisons will be making a medical designation for him.

United States Probation Officers Monica Romero and Jill Polish Spitalieri have no objection to this request.

///

///

This continuance on behalf of the three defendants is requested given the package deal part of the plea agreements for each defendant.

Due to the calendars of the respective defense counsel, it is requested that sentencing for Rogelio Real and Juan Carlos Garcia Gomez be continued to December 12, 2017 at 10 a.m. and that sentencing for Jairo Hernandez be continued to December 19, 2017 at 10 a.m.

Date: September 14, 2017

Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Juan Carlos Garcia Gomez

Date: September 14, 2017

/s/
MARTIN SABELLI
Counsel for Defendant
Jairo Hernandez

Date: September 14, 2017

/s/
ERIN CRANE
Counsel for Defendant
Rogelio Real

Date: September 14, 2017

/s/
ANDREW SCOBLE
Assistant United States Attorney

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Date: September 15, 2017

HON.
United

IT IS SO ORDERED
Judge Edward M. Chen